IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Simond, Anthony C | Case Number: 07 B 04620 |
| | Judge: Hollis, Pamela S |
| Printed: 12/23/08 | Filed: 3/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 10, 2008
Confirmed: July 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,080.48 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,020.49 |
| Trustee Fee: | | 59.99 |
| Other Funds: | | 0.00 |
| Totals: | 1,080.48 | 1,080.48 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 300.00 | 79.62 |
| 2. | Robert J Semrad & Associates | Administrative | 2,484.00 | 940.87 |
| 3. | Internal Revenue Service | Priority | 2,301.75 | 0.00 |
| 4. | Jefferson Capital | Unsecured | 338.40 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,009.52 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 184.08 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 143.24 | 0.00 |
| 8. | Wells Fargo Fin Acceptance | Unsecured | 287.80 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 73.86 | 0.00 |
| 10. | Tokio Marine & Nichido Fire Insurance | Unsecured | 834.81 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 2,097.68 | 0.00 |
| 12. | Asset Acceptance | Unsecured | | No Claim Filed |
| 13. | Collection Company Of America | Unsecured | | No Claim Filed |
| 14. | Asset Acceptance | Unsecured | | No Claim Filed |
| 15. | Heavner Handegan & Scott | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 10,055.14 | $ 1,020.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.24 |
| 6.5% | 9.75 |
| | $ 59.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Simond, Anthony C | Case Number:  07 B 04620 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/23/08 | Filed:  3/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

